331 A.2d 180
COMMONWEALTH of Pennsylvania, Appellant,

v.

William Ray BLEVINS, Appellee.

Supreme Court of Pennsylvania.

Submitted Sept. 30, 1974.

Decided Jan. 27, 1975.

MacElree, Platt, Harvey & Gallagher, Michael B. Kean, West Chester, for appellant.

Michael Joseph Melody, First Dist. Atty., West Chester, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed. Appellant, William Ray Blevins, failed to raise the alleged assignments of error in his motions for new trial and arrest of judgment and, hence, is precluded from raising these questions on appeal. *See, e. g., Commonwealth v. Reid,* 458 Pa. 357 326 A.2d 267 (1974); *Commonwealth v. Clair,* Pa., 326 A.2d 272 (1974); *Commonwealth v. Goodman,* 454 Pa. 358, 311 A.2d 652 (1973); and *Commonwealth v. Myers,* 439 Pa. 381, 384–385, 266 A.2d 756, 758 (1970).